445 F.2d 849
 UNITED STATES of America, Plaintiff-Appellee,
v.
Jerry Layne ALLEN, Defendant-Appellant.
No. 71-1550 Summary Calendar.*
*Rule 18, 5 Cir. See Isbell Enterprises, Inc
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 July 15, 1971.
 
 James F. Mulla, Jr., New Orleans, La. (court appointed), for defendant-appellant.
 Gerald J. Gallinghouse, U.S. Atty., Robert L. Livington, Jr., Mary Williams Cazalas, Asst. U.S. Attys., for the United States.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Allen appeals from the District Court's judgment of conviction of a violation of 50 U.S.C.A. App. 462(a).[1] We affirm.
 
 
 2
 Allen is nineteen years old. He attacks the ocmposition of the grand jury which indicted him because it consisted only of registered voters, who, by necessity, must be twenty-one years old. Allen urges that he was thus denied a jury of his peers in violation of the Fifth and Sixth Amendments. We disagree. Nothing identifiable or distinctive about young adults under twenty-one sets them apart from young adults over twenty-one, who are eligible for jury duty. See United States v. Kuhn and Greenwood, 5 Cir. 1971, 441 F.2d 179. There was thus no showing of discrination or exclusion of a distinct group from jury participation. Whitus v. State of Georgia, 1967, 385 U.S. 545, 87 S.Ct. 643, 17 L.Ed.2d 599; Hernandez v. State of Texas, 1954, 347 U.S. 475, 74 S.Ct. 667, 98 L.Ed. 866.
 
 
 3
 Allen first asserted his claim as a conscientious objector at his induction station. This was too late. Ehlert v. United States, 1971, 402 U.S. 99, 91 S.Ct. 1319, 28 L.Ed.2d 625.
 
 
 4
 Affirmed.
 
 
 
 [1]
 Refusal to submit to induction into the Armed Forces of the United States